# THE BUENKER LAW FIRM

**2060 NORTH LOOP WEST, SUITE 215**
**HOUSTON, TEXAS 77018**
(713) 868-3388
Fax: (713) 683-9940

July 13, 2021

Via ECF
Honorable Charles Eskridge
United States District Judge
515 Rusk Street
Houston, Texas 77002

Re:     C.A. No. 4:21-cv-0938; *Rosa Maria Garcia v. Southwestern Building Services, Inc..;* In the United States Federal District Court, Southern District of Texas, Houston Division.

Judge Eskridge:

As you requested at the scheduling conference, here is the proposed discovery and briefing schedule agreed to by the parties for the Plaintiff's motion to send notice to similarly situated workers:

- July 28, 2021 Defendant will provide requested information regarding other workers;
- September 10, 2021   No later than this date, the Plaintiff will file her motion;
- No later than 21 days after Plaintiff files her motion, Defendant will respond;
- No later than 7 days after Defendant's response, Plaintiff may reply.

Please let us know if this proposal does not meet with the Court's approval.

Sincerely,

THE BUENKER LAW FIRM

*Josef F. Buenker*

Josef F. Buenker

JFB/mtf