IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSA MARIA GARCIA, Individually and On Behalf of Others Similarly Situated<br>    Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:21-cv-0938 |
| SOUTHWESTERN BUILDING SERVICES, INC.,<br>    Defendant. | § | JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant jointly file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Rosa Maria Garcia; Defendant is Southwestern Building Services, Inc.

2. On March 3, 2021, Plaintiff sued Defendant.

3. Plaintiff moves to dismiss her claims with prejudice.

4. Defendant, who has answered, agrees to and joins in with the dismissal as set forth in the previous paragraph.

5. This case is not a class action.

6. This dismissal is with prejudice to re-filing.

Respectfully Submitted,

**THE BUENKER LAW FIRM**

*/s/ Josef F, Buenker*
Josef F. Buenker
TBA No. 03316860
jbuenker@buenkerlaw.com
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile
**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

/s/ *David J. Quan*
David J. Quan
State Bar No. 16422300
S.D. Texas No. 20073
dquan@davidquanlaw.com
5444 Westheimer Rd., Suite 1700
Houston, Texas 77056
713-225-5300 Telephone
713-625-9222 Facsimile
**ATTORNEY-IN-CHARGE FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, I electronically filed a copy of the foregoing pleading and served it by electronic transmission through the Court's CM/ECF system.

*/s/ Josef F. Buenker*
Josef F. Buenker