United States District Court
Southern District of Texas
**ENTERED**
February 03, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSA MARIA GARCIA, Individually and On Behalf of Others Similarly Situated  Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:21-cv-0938 |
| SOUTHWESTERN BUILDING SERVICES, INC.,  Defendant. | § | JURY DEMANDED |

## ORDER OF DISMISSAL

The Court acknowledges the receipt of the parties Joint Stipulation of Dismissal with Prejudice in this matter and ORDERS that this case is hereby dismissed with prejudice to re-filing.

So Ordered.

Signed on _____February 3_____, 2022 at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge